UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
Alexander Zivkovic                    §    Case No. 13-11598
Maria Zivkovic                        §
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 9/12/14 in Courtroom 240,

Old Kane County Courthouse
100 S. Third Street
Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____         By: _____

*DAVID R. BROWN*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL  60187*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    §
                                          §
Alexander Zivkovic                        §     Case No. 13-11598
Maria Zivkovic                            §
                                          §
        Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 420,000.00 |
| and approved disbursements of | $ | 312,006.06 |
| leaving a balance on hand of[1] | $ | 107,993.94 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 22,750.00 | $ 0.00 | $ 22,750.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 7,963.50 | $ 0.00 | $ 7,963.50 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES | $ 1,054.00 | $ 0.00 | $ 1,054.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES | $ 15.78 | $ 0.00 | $ 15.78 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 31,783.28 |
| Remaining Balance | $ 76,210.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 235,311.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NORDSTROM FSB | $ 3,884.43 | $ 0.00 | $ 1,258.06 |
| 2 | DISCOVER BANK | $ 14,313.36 | $ 0.00 | $ 4,635.69 |
| 3 | DISCOVER BANK | $ 7,233.89 | $ 0.00 | $ 2,342.85 |
| 4 | Fifth Third Bank | $ 8,377.75 | $ 0.00 | $ 2,713.32 |
| 5 | Fifth Third Bank | $ 4,485.32 | $ 0.00 | $ 1,452.67 |
| 6 | American Infosource Lp As Agent For | $ 2,778.97 | $ 0.00 | $ 900.03 |
| 7 | American Infosource Lp As Agent For | $ 3,156.45 | $ 0.00 | $ 1,022.29 |
| 8 | Quantum3 Group Llc As Agent For | $ 595.91 | $ 0.00 | $ 193.00 |
| 9 | Quantum3 Group Llc As Agent For | $ 892.23 | $ 0.00 | $ 288.97 |
| 10 | Quantum3 Group Llc As Agent For | $ 2,149.24 | $ 0.00 | $ 696.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Quantum3 Group Llc As Agent For | $ 1,538.50 | $ 0.00 | $ 498.28 |
| 12 | N. A. Fia Card Services | $ 5,345.64 | $ 0.00 | $ 1,731.30 |
| 13 | N. A. Fia Card Services | $ 19,925.15 | $ 0.00 | $ 6,453.19 |
| 14 | GE CAPITAL RETAIL BANK | $ 1,033.43 | $ 0.00 | $ 334.70 |
| 15 | GE CAPITAL RETAIL BANK | $ 4,400.32 | $ 0.00 | $ 1,425.14 |
| 16 | GE CAPITAL RETAIL BANK | $ 929.33 | $ 0.00 | $ 300.98 |
| 17 | GE CAPITAL RETAIL BANK | $ 2,753.32 | $ 0.00 | $ 891.72 |
| 18 | GE CAPITAL RETAIL BANK | $ 900.70 | $ 0.00 | $ 291.71 |
| 19 | AMERICAN EXPRESS CENTURION BANK | $ 2,128.43 | $ 0.00 | $ 689.34 |
| 20 | Merrick Bank | $ 847.91 | $ 0.00 | $ 274.61 |
| 21 | N. A. Capital One | $ 2,338.84 | $ 0.00 | $ 757.48 |
| 22 | Ecast Settlement Corporation, Assignee | $ 24,223.80 | $ 0.00 | $ 7,845.41 |
| 23 | Ecast Settlement Corporation, Assignee | $ 7,006.89 | $ 0.00 | $ 2,269.33 |
| 24 | Pyod, Llc Its Successors And Assigns As Assignee | $ 746.74 | $ 0.00 | $ 241.85 |
| 25 | Pyod, Llc Its Successors And Assigns As Assignee | $ 8,214.27 | $ 0.00 | $ 2,660.37 |
| 26 | Dept Of Education | $ 105,110.36 | $ 0.00 | $ 34,042.29 |

Total to be paid to timely general unsecured creditors $ 76,210.66

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
                                    Trustee

DAVID R. BROWN
400 South County Farm Road
Suite 330
Wheaton, IL  60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                           Case No. 13-11598-DRC
Alexander Zivkovic                                                               Chapter 7
Maria Zivkovic
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte             Page 1 of 2              Date Rcvd: Aug 20, 2014
                               Form ID: pdf006            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2014.
```
db/jdb       #+Alexander Zivkovic,    Maria Zivkovic,    712 Castilleja Ct.,    Naperville, IL 60540-6372
20214370     +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20771026      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20214371     +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
20214372    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attention: Recovery Department,
              4161 Peidmont Pkwy.,    Greensboro, NC 27410)
20214376    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
20214373     +Cap1/mnrds,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20862289      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20214374     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20214375     +Chase Manhattan Mortgage,    Attn; Correspondence Mail,    700 Kansas Ln  Mc La4-5555,
              Monroe, LA 71203-4774
20214377     +Comenity Bank/carsons,    3100 Easton Square Pl,    Columbus, OH 43219-6232
20214381      Dept of Education,    Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
20214380     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
20649719     +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20597343     +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
20214393     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
20214394     +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
              Minneapolis, MN 55440-9475
20214395     +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
20214398     +Wfnnb/Express,    Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
20214397     +Wfnnb/an Tlr,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
20868531      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20607420      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2014 00:55:48
              American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
              Oklahoma City, OK  73124-8866
20214378     +E-mail/Text: creditonebknotifications@resurgent.com Aug 21 2014 00:50:58     Credit One Bank,
              Po Box 98873,    Las Vegas, NV 89193-8873
20566665      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2014 00:55:43     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20214379     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2014 00:55:43     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
20711336      E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2014 00:54:09     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
20214385     +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2014 00:55:08     GEMB / Old Navy,    Attention: GEMB,
              Po Box 103104,    Roswell, GA 30076-9104
20214384     +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2014 00:55:07     Gecrb/lord & Tay,    Po Box 965015,
              Orlando, FL 32896-5015
20214387     +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2014 00:56:04     Gemb/JC Penny,
              Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20214386     +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2014 00:55:07     Gemb/banarepdc,
              Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20214388     +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2014 00:55:08     Gemb/walmart Dc,    Walmart/GEMB,
              Po Box 103104,    Roswell, GA 30076-9104
20214389     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 21 2014 00:51:01     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20860460      E-mail/Text: bkr@cardworks.com Aug 21 2014 00:50:37     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
20214390     +E-mail/Text: bkr@cardworks.com Aug 21 2014 00:50:37     Merrick Bk,    Attn: Bankruptcy,
              P.O. Box 9201,    Old Bethpage, NY 11804-9001
20214391     +E-mail/Text: bnc@nordstrom.com Aug 21 2014 00:51:03     Nordstrom FSB,
              Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
20557988     +E-mail/Text: bnc@nordstrom.com Aug 21 2014 00:51:03     Nordstrom fsb,    P.O. Box 6566,
              Englewood, CO 80155-6566
20901422     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2014 00:56:08
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20901396     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2014 00:55:15
              PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
20609139      E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2014 00:51:40
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20214392     +E-mail/PDF: pa_dc_claims@navient.com Aug 21 2014 00:54:06     Sallie Mae,    Po Box 9655,
              Wilkes Barre, PA 18773-9655
20214396     +E-mail/Text: vci.bkcy@vwcredit.com Aug 21 2014 00:52:07     Volkswagon Credit Inc,
              National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640
```

```
District/off: 0752-1           User: arodarte              Page 2 of 2              Date Rcvd: Aug 20, 2014
                               Form ID: pdf006             Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                 TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20214383         Fifth Third Bank
20214382*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Fia Csna,    Po Box 982235,    El Paso, TX 79998)
20597348*       +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
20868532*        eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
              Ben L Schneider    on behalf of Joint Debtor Maria   Zivkovic ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Ben L Schneider    on behalf of Debtor Alexander   Zivkovic ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              David  Brown, ESQ   on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ   on behalf of Accountant   Alan D Lasko & Associates dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Meredith S Fox    on behalf of Trustee David R Brown, ESQ tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```