UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Alexander Zivkovic | § | Case No. 13-11598 |
| Maria Zivkovic | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Alexander and Maria Zivkovic |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mortgage<br>Attn; Correspondence Mail<br>700 Kansas Ln  Mc La4-5555<br>Monroe, LA 71203 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | | | | |
| | JP Morgan Chase Bank | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ARS Survey | | | | | |
| First American Title | | | | | |
| Jerome Koudelik | | | | | |
| The Bank of New York Mellon | | | | | |
| DuPage County Collector | | | | | |
| DuPage County Collector | | | | | |
| First American Title | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| Koenig & Strey Real Living | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | Amex Dsnb Po Box 8218 Mason, OH 45040 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Cap1/mnrds 26525 N Riverwoods Blvd Mettawa, IL 60045 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 | | | | | |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fia Csna Po Box 982235 El Paso, TX 79998 | | | | | |
| | Fifth Third Bank | | | | | |
| | Fifth Third Bank | | | | | |
| | Gecrb/lord & Tay Po Box 965015 Orlando, FL 32896 | | | | | |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/banarepdc Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart Dc Walmart/GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Merrick Bk Attn: Bankruptcy P.O. Box 9201 Old Bethpage, NY 11804 | | | | | |
| | Nordstrom FSB Attention: Account Services Po Box 6566 Englewood, CO 80155 | | | | | |
| | Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT  P.O. Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT  P.O. Box 9475 Minneapolis, MN 55440 | | | | | |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | | | | |
| | Wfnnb/an Tlr Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| | Wfnnb/Express Attention: Bankruptcy Po Box 182685 Columbus, OH 43218 | | | | | |
| 19 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 6 | American Infosource Lp As Agent For | | | | | |
| 7 | American Infosource Lp As Agent For | | | | | |
| 26 | Dept Of Education | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 3 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | Ecast Settlement Corporation, Assignee | | | | | |
| 23 | Ecast Settlement Corporation, Assignee | | | | | |
| 4 | Fifth Third Bank | | | | | |
| 5 | Fifth Third Bank | | | | | |
| 14 | GE CAPITAL RETAIL BANK | | | | | |
| 15 | GE CAPITAL RETAIL BANK | | | | | |
| 16 | GE CAPITAL RETAIL BANK | | | | | |
| 17 | GE CAPITAL RETAIL BANK | | | | | |
| 18 | GE CAPITAL RETAIL BANK | | | | | |
| 20 | Merrick Bank | | | | | |
| 21 | N. A. Capital One | | | | | |
| 12 | N. A. Fia Card Services | | | | | |
| 13 | N. A. Fia Card Services | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NORDSTROM FSB | | | | | |
| 24 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 25 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 8 | Quantum3 Group Llc As Agent For | | | | | |
| 9 | Quantum3 Group Llc As Agent For | | | | | |
| 10 | Quantum3 Group Llc As Agent For | | | | | |
| 11 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-11598 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | Alexander Zivkovic | | | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| | Maria Zivkovic | | | | 341(a) Meeting Date: | 04/16/2013 |
| For Period Ending: | 10/14/2014 | | | | Claims Bar Date: | 08/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 712 Castilleja Ct., Naperville Il 60540 | 355,000.00 | 90,086.00 | | 420,000.00 | FA |
| 2. Fifth Third Checking | 2,300.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Savings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Ira | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Ira | 11,000.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Toyota Avalon: 33000 Miles | 13,000.00 | 0.00 | | 0.00 | FA |
| 9. 2010 Hyundai Santa Fe: 60000 Miles | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. 2012 Volkswagon Jetta: 5000 Miles | 17,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $418,300.00     $90,086.00     $420,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/2013     Current Projected Date of Final Report (TFR): 11/15/2013

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-11598 | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | Alexander Zivkovic | Bank Name: | The Bank of New York Mellon |
| | Maria Zivkovic | Account Number/CD#: | XXXXXX7511 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4201 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/13 | | First American Title Ins. Co. 27775 Diehl Road Warrenville, IL 60555 | sale of real estate | | $104,684.77 | | $104,684.77 |
| | | | Gross Receipts  $420,000.00 | | | | |
| | | Alexander and Maria Zivkovic 712 Castilleja Ct Naperville, IL | Homestead exemption  ($30,000.00) | 8100-002 | | | |
| | | JP Morgan Chase Bank | mortgage payoff  ($243,164.24) | 4110-000 | | | |
| | | Koenig & Strey Real Living | commission  ($25,650.00) | 3510-000 | | | |
| | | Jerome Koudelik 712 Castilleja Naperville, IL | buyer credit  ($2,000.00) | 2500-000 | | | |
| | | ARS Survey | survey costs  ($335.00) | 2500-000 | | | |
| | | DuPage County Collector | real estate taxes  ($6,627.50) | 2820-000 | | | |
| | | First American Title 27775 Diehl Road Warrenville, IL | title charges  ($2,908.87) | 2500-000 | | | |
| | | DuPage County Collector | ($4,629.62) | 2820-000 | | | |
| | 1 | | Location: 712 Castilleja Ct., Naperville Il 60540  $420,000.00 | 1110-000 | | | |
| 09/27/13 | | First American Title 27775 Diehl Road Warrenville, IL | refund of credit given purchaser at closing | 2820-002 | | ($4,629.62) | $109,314.39 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.50 | $109,183.89 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.32 | $109,021.57 |

Page Subtotals:  $104,684.77   ($4,336.80)

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-11598 | | Trustee Name: | DAVID R. BROWN |
| Case Name: | Alexander Zivkovic | | Bank Name: | The Bank of New York Mellon |
| | Maria Zivkovic | | Account Number/CD#: | XXXXXX7511 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4201 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.86 | $108,864.71 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.84 | $108,702.87 |
| 02/04/14 | 1001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | bond premium | 2300-000 | | $85.00 | $108,617.87 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.62 | $108,456.25 |
| 03/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $145.69 | $108,310.56 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.02 | $108,149.54 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.60 | $107,993.94 |
| 09/18/14 | 1002 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $22,750.00 | $85,243.94 |
| 09/18/14 | 1003 | SPRINGER BROWN, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $7,963.50 | $77,280.44 |
| 09/18/14 | 1004 | ALAN D. LASKO & ASSOCIATES 29 South Lasalle Street Suite 1240 Chicago, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,054.00 | $76,226.44 |
| 09/18/14 | 1005 | ALAN D. LASKO & ASSOCIATES 29 South Lasalle Street Suite 1240 Chicago, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $15.78 | $76,210.66 |

| | | | Page Subtotals: | | $0.00 | $32,810.91 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-11598 | Trustee Name: DAVID R. BROWN |
| Case Name: Alexander Zivkovic | Bank Name: The Bank of New York Mellon |
| Maria Zivkovic | Account Number/CD#: XXXXXX7511 |
| | Checking |
| Taxpayer ID No: XX-XXX4201 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/14/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/14 | 1006 | NORDSTROM FSB<br>P.O. Box 6566<br>Englewood, CO 80155 | Final distribution to claim 1 representing a payment of 32.39 % per court order. | 7100-000 | | $1,258.06 | $74,952.60 |
| 09/18/14 | 1007 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 2 representing a payment of 32.39 % per court order. | 7100-000 | | $4,635.69 | $70,316.91 |
| 09/18/14 | 1008 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 3 representing a payment of 32.39 % per court order. | 7100-000 | | $2,342.85 | $67,974.06 |
| 09/18/14 | 1009 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Tx 75243 | Final distribution to claim 4 representing a payment of 32.39 % per court order. | 7100-000 | | $2,713.32 | $65,260.74 |
| 09/18/14 | 1010 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Tx 75243 | Final distribution to claim 5 representing a payment of 32.39 % per court order. | 7100-000 | | $1,452.67 | $63,808.07 |
| 09/18/14 | 1011 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 6 representing a payment of 32.39 % per court order. | 7100-000 | | $900.03 | $62,908.04 |
| 09/18/14 | 1012 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 7 representing a payment of 32.39 % per court order. | 7100-000 | | $1,022.29 | $61,885.75 |
| 09/18/14 | 1013 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 8 representing a payment of 32.39 % per court order. | 7100-000 | | $193.00 | $61,692.75 |
| 09/18/14 | 1014 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 9 representing a payment of 32.39 % per court order. | 7100-000 | | $288.97 | $61,403.78 |
| 09/18/14 | 1015 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 10 representing a payment of 32.39 % per court order. | 7100-000 | | $696.08 | $60,707.70 |

Page Subtotals: $0.00  $15,502.96

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-11598 | Trustee Name: | DAVID R. BROWN | |
| Case Name: | Alexander Zivkovic | Bank Name: | The Bank of New York Mellon | |
| | Maria Zivkovic | Account Number/CD#: | XXXXXX7511 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4201 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/14/2014 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/14 | 1016 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 11 representing a payment of 32.39 % per court order. | 7100-000 | | $498.28 | $60,209.42 |
| 09/18/14 | 1017 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution to claim 12 representing a payment of 32.39 % per court order. | 7100-000 | | $1,731.30 | $58,478.12 |
| 09/18/14 | 1018 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution to claim 13 representing a payment of 32.39 % per court order. | 7100-000 | | $6,453.19 | $52,024.93 |
| 09/18/14 | 1019 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 14 representing a payment of 32.39 % per court order. | 7100-000 | | $334.70 | $51,690.23 |
| 09/18/14 | 1020 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 15 representing a payment of 32.39 % per court order. | 7100-000 | | $1,425.14 | $50,265.09 |
| 09/18/14 | 1021 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 16 representing a payment of 32.39 % per court order. | 7100-000 | | $300.98 | $49,964.11 |
| 09/18/14 | 1022 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 17 representing a payment of 32.39 % per court order. | 7100-000 | | $891.72 | $49,072.39 |
| 09/18/14 | 1023 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 18 representing a payment of 32.39 % per court order. | 7100-000 | | $291.71 | $48,780.68 |
| 09/18/14 | 1024 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 19 representing a payment of 32.39 % per court order. | 7100-000 | | $689.34 | $48,091.34 |

Page Subtotals: $0.00    $12,616.36

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-11598 | |
| Case Name: | Alexander Zivkovic | |
| | Maria Zivkovic | |
| Taxpayer ID No: | XX-XXX4201 | |
| For Period Ending: | 10/14/2014 | |

| | | |
|---|---|---|
| Trustee Name: | DAVID R. BROWN | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number/CD#: | XXXXXX7511 | |
| | Checking | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/14 | 1025 | Merrick Bank<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Final distribution to claim 20 representing a payment of 32.39 % per court order. | 7100-000 | | $274.61 | $47,816.73 |
| 09/18/14 | 1026 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 21 representing a payment of 32.39 % per court order. | 7100-000 | | $757.48 | $47,059.25 |
| 09/18/14 | 1027 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 22 representing a payment of 32.39 % per court order. | 7100-000 | | $7,845.41 | $39,213.84 |
| 09/18/14 | 1028 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 23 representing a payment of 32.39 % per court order. | 7100-000 | | $2,269.33 | $36,944.51 |
| 09/18/14 | 1029 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 24 representing a payment of 32.39 % per court order. | 7100-000 | | $241.85 | $36,702.66 |
| 09/18/14 | 1030 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 25 representing a payment of 32.39 % per court order. | 7100-000 | | $2,660.37 | $34,042.29 |
| 09/18/14 | 1031 | Dept Of Education<br>Fed Loan Serv<br>Po Box 69184<br>Harrisburg, Pa 17106-9184 | Final distribution to claim 26 representing a payment of 32.39 % per court order. | 7100-000 | | $34,042.29 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $104,684.77 | $104,684.77 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $104,684.77 | $104,684.77 |
| Page Subtotals: | $0.00 | $48,091.34 |

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

| | | | |
|---|---|---|---|
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $104,684.77 | $104,684.77 |

Exhibit 9

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7511 - Checking | $104,684.77 | $104,684.77 | $0.00 |
| | $104,684.77 | $104,684.77 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $315,315.23 |
| Total Net Deposits: | $104,684.77 |
| Total Gross Receipts: | $420,000.00 |